**DENY and Opinion Filed May 2, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00402-CV

### IN RE B.D. AND T.M.D., Relators

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00439**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Goldstein

Before the Court is relators' April 27, 2022 petition for writ of mandamus. In the petition, relators complain about: (1) the trial court's final order in the suit affecting the parent-child relationship; and (2) the trial court's denial of relator's application for an ex parte temporary restraining order.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). As the party seeking relief, relators have the burden of providing the Court with a certified or sworn copy of every document that is material to establishing their right to mandamus relief. *See* TEX. R. APP. P. 52.3(k), 52.7(a); *In re Butler*, 270 S.W.3d 757,

759 (Tex. App.—Dallas 2008, orig. proceeding) (requiring relator to submit a record containing certified or sworn copies). Because the documents included in the record are not certified by a trial court clerk or adequately sworn copies, we conclude relators have not met this burden.[1]

Accordingly, we deny the petition for writ of mandamus without prejudice to refiling a petition with a record that complies with Texas Rule of Appellate Procedure 52. *See* TEX. R. APP. P. 52.3(k), 52.7(a). Having denied the petition, we also lift the stay issued by our April 27, 2022 order.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

220402F.P05

---

[1] We further note that, in many instances, the appendix unnecessarily redacts the names of the adults. *See* TEX. R. APP. P. 9.9 (containing no requirement that adult names must be redacted). Without at least initials or some other identifying information to differentiate the redactions in the appendix, we find it difficult to assess the merits of the petition.